IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

  v.

BRIAN ROJAS and MCMILTON (BADGE # 74),

    Defendants.
_____/

No. MC 14-80305 CW

ORDER DENYING MOTION FOR RECONSIDERATION

    Plaintiff Hung Ha was declared a vexatious litigant by Magistrate Judge Larson on July 29, 2010.  Ha v. U.S. Atty. Gen., 2010 WL 3001224 (N.D. Cal.).  Judge Larson ordered that "any future civil pro se filing by Plaintiff in this district shall be subject to pre-filing review by a judge of this Court."  Id. at *5.  The Ninth Circuit summarily affirmed the order on appeal.  See Ha v. U.S. Atty. Gen., N.D. Cal. Case No. 09-5281, Docket No. 291.  By Order dated December 1, 2014 this Court returned the Complaint in the above-captioned case to Plaintiff, finding Plaintiff's claims to be frivolous.  The matter comes before the Court on Plaintiff's filing dated December 11, 2014.

    The filing is captioned "Hung Ha's filing fee Paid or waived by operation of law."  Plaintiff's submission is not clear regarding the relief sought or what procedural rule, if any, provides for such relief.  Rather, Plaintiff's motion presents a series of disjointed statements and general but unsubstantiated disagreement with the Court's previous Order.  The Court is unable

to discern any basis for relief and accordingly, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: December 18, 2014

CLAUDIA WILKEN
United States District Judge